| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Slomsky, Joel H. | 2. Court or Organization<br><br>Eastern District of Pennsylvania | 3. Date of Report<br><br>04/8/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>District Judge-active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | Joel Harvey Slomsky Individual Retirement Account (IRAs), control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | ▨ Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Assn. | 3/23-24/2012 | New York, New York | Annual Event to Honor Federal Judges | Hotel, Food, Transportation, Seminar |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Slomsky, Joel H. | 04/8/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/8/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | B | Int./Div. | K | T | | | | | |
| 2. --General Electric Capital (Bond) | | | | | | | | | |
| 3. --JP Morgan Chase (Bond) | | | | | | | | | |
| 4. --Federated Prime Mgmt. Obligations Fund | | | | | | | | | |
| 5. --IShares preferred Stock Index Fund | | | | | Buy | 6/13/12 | J | | |
| 6. IRA #2 | F | Int./Div. | P1 | T | | | | | |
| 7. --DMB Community Bank (CD) | | | | | Matured | 3/20/12 | L | A | |
| 8. --DMB Community Bank (CD) | | | | | | | | | |
| 9. --American Bank CD) | | | | | | | | | |
| 10. --Sallie Mae Bank (CD) | | | | | Matured | 4/2/12 | K | A | |
| 11. --Great Southern Bank (CD) | | | | | Matured | 1/20/12 | L | A | |
| 12. --General Electric Capital (Bond) | | | | | | | | | |
| 13. --General Electric Capital (Bond) | | | | | | | | | |
| 14. --Goldman Sachs Group Inc. (Bond) | | | | | | | | | |
| 15. --Goldman Sachs Group Inc. (Bond) | | | | | | | | | |
| 16. --Goldman Sachs Group Inc. (Bond) | | | | | | | | | |
| 17. --Genworth Financial Inc. (Bond) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Genworth Financial Inc. (Bond) | | | | | | | | | |
| 19. --Citigroup Inc. (Bond) | | | | | Matured | 8/27/12 | J | A | |
| 20. --Citigroup Inc. (Bond) | | | | | | | | | |
| 21. --Citigroup Inc. (Bond) | | | | | | | | | |
| 22. --Prudential Financial Inc. (Bond) | | | | | | | | | |
| 23. --American International Group (Bond) | | | | | | | | | |
| 24. --American International Group (Bond) | | | | | | | | | |
| 25. --Vanguard Wellington Fund | | | | | | | | | |
| 26. --Verizon Communications Inc. (Common Stock) | | | | | | | | | |
| 27. --Ally Bank (CD) | | | | | Matured | 10/22/12 | K | A | |
| 28. --Ally Bank (CD) | | | | | | | | | |
| 29. --Ally Bank (CD) | | | | | | | | | |
| 30. --Merrill Lynch (Bond) | | | | | | | | | |
| 31. --Bank of America (Bond) | | | | | | | | | |
| 32. --Bank of America (Bond) | | | | | | | | | |
| 33. --Morgan Stanley (Bond) | | | | | | | | | |
| 34. --Morgan Stanley (Bond) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Franklin Income Fund | | | | | | | | | |
| 36. --IShares Preferred Stock Index Fund | | | | | | | | | |
| 37. --AT&T Inc. (Common Stock) | | | | | | | | | |
| 38. --AT&T Inc. (Common Stock) | | | | | Buy (add'l) | 5/15/12 | K | | |
| 39. --Beal Bank of Texas (CD) | | | | | Matured | 2/1/12 | L | A | |
| 40. --JP Morgan Chase (Bond) | | | | | | | | | |
| 41. --Wells Fargo & Co. (Bond) | | | | | | | | | |
| 42. --GE Capital Financial Inc. (CD) | | | | | | | | | |
| 43. --Citbank (CD) | | | | | | | | | |
| 44. --BMW Bank North America (CD) | | | | | | | | | |
| 45. --HSBC Finance Corporation (Bond) | | | | | | | | | |
| 46. --American Express Centurian Bank (CD) | | | | | | | | | |
| 47. --Federated Prime Mgmt. Obligations Fund | | | | | | | | | |
| 48. --Federated Prime Mgmt. Obligations Fund | | | | | Distributed (part) | 1/3/12 | K | | |
| 49. --Federated Prime Mgmt. Obligations Fund | | | | | Distributed (part) | 12/26/12 | L | | |
| 50. --Goldman Sachs (CD) | | | | | Buy | 1/25/12 | L | | |
| 51. --Goldman Sachs (CD) | | | | | Buy | 2/6/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/8/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   --GE Capital (CD) | | | | | Buy | 3/27/12 | K | | |
| 53.   --Discover Bank (CD) | | | | | Buy | 3/27/12 | K | | |
| 54.   --Discover Bank (CD) | | | | | Buy | 3/27/12 | L | | |
| 55.   --Goldman Sachs (CD) | | | | | Buy | 3/27/12 | K | | |
| 56.   --Ally Bank (CD) | | | | | Buy | 3/27/12 | K | | |
| 57.   --Discover Bank (CD) | | | | | Buy | 5/15/12 | L | | |
| 58.   --GE Capital (CD) | | | | | Buy | 5/15/12 | L | | |
| 59.   --BMW Bank of North America | | | | | Buy | 11/9/12 | K | | |
| 60.   IRA #3 | C | Interest | J | T | | | | | |
| 61.   --PNC Bank (CD) | | | | | Matured | 3/12/12 | M | B | |
| 62.   --PNC Bank (CD) | | | | | Matured | 4/16/12 | L | | |
| 63.   --PNC Bank (CD) | | | | | Matured | 8/22/12 | K | | |
| 64.   Flexible Annuity Plan | D | Int./Div. | M | T | | | | | |
| 65.   --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 66.   --Mutual of America Moderate Allocation Fund | | | | | | | | | |
| 67.   --Mutual of America 2020 Retirement Fund | | | | | | | | | |
| 68.   --Mutual of America General Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Tax Deferred Annuity | E | Int./Div. | N | T | | | | | |
| 70. --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 71. --Mutual of America Interest Accumulation Account | | | | | | | | | |
| 72. PNC Bank Money Market Account | A | Interest | | | Closed | 6/29/12 | J | A | |
| 73. Citizens Bank Checking Account | | None | J | T | | | | | |
| 74. PNC Bank Checking Account (X) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/8/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

IRA #3 was closed during 2012. The cash realized from the maturing PNC Bank Certificates of Deposit (CDs) was rolled over into IRA #2.

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/8/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Joel H. Slomsky**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544